# UNITED STATES BANKRUPTCY COURT
## DISTRICT 1

| | |
|---|---|
| In re: <br><br> LUIS ADAN BAEZ MENDEZ <br><br> Debtor(s) | Case No. 14-04771-EAG |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

ALEJANDRO OLIVERAS RIVERA, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/10/2014.

2) The plan was confirmed on 03/10/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was completed on 06/27/2019.

6) Number of months from filing to last payment: 61.

7) Number of months case was pending: 63.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $4,750.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $25,178.00 |
| Less amount refunded to debtor | $422.92 |

**NET RECEIPTS:** $24,755.08

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,710.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,936.73 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,646.73

Attorney fees paid and disclosed by debtor: $290.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAN INFOSOURCE LP AS AGE | Unsecured | 688.00 | 0.00 | 250.40 | 250.40 | 0.00 |
| ASUME | Priority | NA | 0.00 | 3,419.52 | 0.00 | 0.00 |
| ASUME | Priority | 3,419.52 | 0.00 | 3,419.52 | 3,419.52 | 0.00 |
| BANCO POPULAR DE PUERTO RICO | Secured | 15,823.00 | 0.00 | 16,403.25 | 16,403.25 | 0.00 |
| CLERK,U.S. BANKRUPTCY COURT | Unsecured | 0.00 | 0.00 | 35.18 | 35.18 | 0.00 |
| EVA LOPEZ MILLAN | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $16,403.25 | $16,403.25 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$16,403.25** | **$16,403.25** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $6,839.04 | $3,419.52 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$6,839.04** | **$3,419.52** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$285.58** | **$285.58** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,646.73 |
| Disbursements to Creditors | $20,108.35 |
| **TOTAL DISBURSEMENTS :** | **$24,755.08** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/03/2019         By: /s/ ALEJANDRO OLIVERAS RIVERA
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**

14-04771-EAG                                              CERTIFICATE OF MAILING
-----------------------------------------------------------------------------------------------

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

LUIS ADAN BAEZ MENDEZ
COMUNIDAD DAVID MENDEZ
HC 10 BOX 74282
SABANA GRANDE, PR 00698

BANCO POPULAR DE PUERTO RICO
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN, PR 00936

POPULAR LEASING
PO BOX 363228
SAN JUAN, PR 00936-3228

AMERICAN INFOSOURCE LP AS AGENT FOR
T MOBILE/T MOBILE USA INC
PO BOX 248848
OKLAHOMA CITY, OK 73124-8848

EASTERN AMERICA INSURANCE CO
PO BOX 9023862
SAN JUAN, PR 00902-3862

ASUME
PO BOX 71442
SAN JUAN, PR 00936

DEPARTAMENTO DE TRANSPORTACION Y
OBRAS PUBLICAS
PO BOX 41243
SAN JUAN, PR 00940-1243

ADMINISTRACION PARA EL SUSTENTO DE
MENORES
PO BOX 71316
SAN JUAN, PR 00936-8416

EVA LOPEZ MILLAN
PO BOX 691
SAN GERMAN, PR 00683

POPULAR AUTO
C/O VERONICA DURAN CASTILLO
PO BOX 366818
SAN JUAN, PR 00936-6818

**UST Form 101-13-FR-S (09/01/2009)**

CLERK,U.S. BANKRUPTCY COURT  
UNCLAIMED MONEY  
, PR

DATED: September 03, 2019

/S/LUIS RENE GOMEZ  
OFFICE OF THE CHAPTER 13 TRUSTEE

**UST Form 101-13-FR-S (09/01/2009)**